IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00206-MSK-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

GLOBAL VACATIONS USA, INC.,
f/k/a EZ TRAVEL THE WORLD, INC., a Florida corporation,
Its Officer(s) and Director(s), and
ROBERTO C. GUTIERREZ,

    Defendants.

_____

**OPINION AND ORDER DENYING MOTION FOR RECONSIDERATION**
_____

**THIS MATTER** comes before the Court pursuant the Plaintiff's Motion for Reconsideration **(# 14)** of the Court's February 13, 2007 Opinion and Order Dismissing Action **(# 13)**. Familiarity with the contents of the Court's underlying order is assumed.

The Plaintiff requests reconsideration of the dismissal of this action on two grounds: (i) that it intends to seek rehearing *en banc* in the 10th Circuit of *U.S. Fax Law Center, Inc. v. iHire, Inc.*, 476 F.3d 1112 (10th Cir. 2007); and (ii) that it intends to amend its complaint to comply with the *iHire* decision. With regard to the first argument, the Court notes that the 10th Circuit denied rehearing *en banc* in the *iHire* case on April 30, 2007, and that Mandate issued on the case on May 8, 2007. Thus, for all practical purposes, the *iHire* case is final.

With regard to the second argument, the Court is somewhat confused. On the one hand, the Plaintiff states that it believes "regardless of the disposition of the pending petitions [for

rehearing in the 10th Circuit]," it "anticipates filing motions to amend its complaints" to conform to the burdens imposed by *iHire*. On the other hand, it states "Nevertheless, should the appellate panel deny plaintiff's petitions for rehearing or hearing *en banc*, plaintiff shall seek clarification of the *iHire* opinion." Thus, it is not clear whether the Plaintiff seeks to amend its Complaint here, or whether it intends to first seek "clarification" of the *iHire* opinion, presumably in the 10th Circuit.

Assuming the Plaintiff believes that it can amend its Complaint, the Court notes that, although the Plaintiff "anticipates filing motions to amend its complaints," more than five months have passed since the filing of the instant motion, and the Plaintiff has not moved to amend its Complaint. The Court assumes that the Plaintiff has abandoned this alternative. Assuming the Plaintiff intended to first seek clarification in the 10th Circuit, the Court notes that three months have passed since the Mandate in *iHire*, and no request for clarification has been filed.

Accordingly, the Motion for Reconsideration **(# 14)** is **DENIED**.

Dated this 8th day of August, 2007

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge